

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of S.R.B., a child,      * From the County Court at Law
of Brown County,
Trial Court No. CV1103113.

No. 11-12-00310-CV                  * June 12, 2014

                                      * Memorandum Opinion by Wright, C.J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we reverse the judgment of the trial court insofar as it found a child support arrearage in the amount of $1,120, and we render judgment to reflect an arrearage in the amount of $280. In all other respects, we affirm the judgment of the trial court. The costs incurred by reason of this appeal are taxed against Kimberly Branham.